UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    NOTICE OF INTENT TO
                                         FILE AN INFORMATION
            v.                      :
                                         07 Mag. 1707
ALIEU KEITA,                        :

                    Defendant.      :

- - - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's
Office will file an Information upon the defendant's waiver of
indictment, pursuant to Rule 7(b) of the Federal Rules of
Criminal Procedure.

Dated:    New York, New York
          December 21, 2007

                          MICHAEL J. GARCIA
                          United States Attorney

                    By:   _____
                          MARK LANPHER
                          Assistant United States Attorney


                    AGREED AND CONSENTED TO:


                    By:   _____
                          FIONA M. DOHERTY, ESQ.
                          Attorney for Alieu Keita