UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :      WAIVER OF INDICTMENT

    v.                           :      08 Cr.

ALIEU KEITA,                          08CRIM 041

               Defendant.   :

- - - - - - - - - - - - - - - - - x

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 1542, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_____
Defendant

_____
Witness

_____
Fiona Doherty
Counsel for Defendant

Date:   New York, New York
       January 15, 2008

