UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                   :

      - v. -                              :

ALIEU KEITA,                               :

           Defendant.           :

- - - - - - - - - - - - - - - - - - x

INFORMATION

08 Cr.

**08 CRIM 041**

### Count One

The United States Attorney charges:

On or about January 25, 2006, in the Southern District of New York, ALIEU KEITA, the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, KEITA falsely claimed to be a United States citizen in an application for a United States passport.

(Title 18, United States Code, Section 1542).

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

CALLY FILED

JAN 1 5 2008